**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>PLAINTIFF,<br><br>ZTE CORPORATION, ZTE USA INC., ZTE SOLUTIONS, INC., AT&T INC., AT&T MOBILITY LLC, SPRINT CORPORATION, SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P., BOOST MOBILE, LLC, T-MOBILE USA, INC., AND T-MOBILE US, INC.,<br><br>DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:17-CV-00079<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
**AS TO DEFENDANT SPRINT CORPORATION**

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii) and their letter agreement of May 23rd, 2017, Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendant Sprint Corporation stipulate to the dismissal of, and hereby move for an order dismissing, all claims asserted in this action by CCE against Sprint Corporation, WITHOUT Prejudice, with each party to bear its own costs, expenses and attorneys' fees. CCE and Sprint Corporation request that the Court enter the attached order, accordingly.

CCE has not released, and nothing in this Stipulation should be construed as a release or discharge of, any claim that CCE has, or may have in the future, against any other party named in this action. All such rights have been and are, expressly reserved.

DATED: May 25th, 2017 Respectfully submitted,

*/s/ Ed Nelson III*
Ed Nelson III
ed@nelbum.com
Texas State Bar No. 00797142
Ryan P. Griffin
ryan@nelbum.com
Texas State Bar No. 24053687
Thomas C. Cecil
tom@nelbum.com
Texas State Bar No. 24069489
NELSON BUMGARDNER PC
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111
Fax: (817) 377-3485

Jeffrey R. Bragalone
Texas Bar No. 02855775
Terry A. Saad
Texas Bar No. 24066015
Jonathan H. Rastegar
Texas Bar No. 24064043
BRAGALONE CONROY PC
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jbragalone@bcpc-law.com
tsaad@bcpc-law.com
jrastegar@bcpc-law.com

Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas Bar No. 24059636
Email: acurry@caldwellcc.com
CALDWELL CASSADY & CURRY
2101 Cedar Springs Road, Suite 1000
Dallas, TX 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

*/s/Mark W. McGrory*
Mark W. McGrory
ERISE IP, P.A.
6201 College Blvd, Suite 300
Overland Park, KS 66211
Phone: (913) 777-5600
Fax: (913) 777-5601
mark.mcgrory@eriseip.com

and

Robert W. Weber
Texas State Bar No. 21044800
SMITH WEBER, L.L.P.
5505 Plaza Drive
P.O. Box 6167
Texarkana, TX 75505-6167
Phone: (903) 223-5656
Fax: (903) 223-5652
bweber@smithweber.com

***ATTORNEYS FOR DEFENDANTS SPRINT CORPORATION, SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P., AND BOOST MOBILE, LLC***

| | |
|---|---|
| T. John Ward, Jr.<br>Texas State Bar No. 00794818<br>J. Wesley Hill<br>Texas State Bar No. 24032294<br>Claire Abernathy Henry<br>Texas State Bar No. 24053063<br>WARD, SMITH, & HILL PLLC<br>P.O. Box 1231<br>1127 Judson Rd. Ste. 220<br>Longview, Texas 75606-1231<br>(903) 757-6400<br>(903) 757-2323 (fax)<br>jw@jwfirm.com<br>wh@wsfirm.com<br>claire@wsfirm.com<br><br>ATTORNEYS FOR<br>CELLULAR COMMUNICATIONS<br>EQUIPMENT LLC | |

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), I certify that the parties have met and conferred and that this stipulated dismissal without prejudice is agreed between them.

*/s/Mark W. McGrory*
Mark W. McGrory

**Certificate of Service**

I hereby certify that on the 25th day of May, 2017, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the Court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorney of record who have consented in writing to accept this Notice as service of thie document by electronic means.

*/s/Mark W. McGrory*
Mark W. McGrory