IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § § | |
| PLAINTIFF, | § § | CIVIL ACTION NO. 2:17-CV-00079 |
| ZTE CORPORATION, ZTE USA INC., ZTE SOLUTIONS, INC., AT&T INC., AT&T MOBILITY LLC, SPRINT CORPORATION, SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P., BOOST MOBILE, LLC, T-MOBILE USA, INC., AND T-MOBILE US, INC., | § § § § § § § § § § | **JURY TRIAL DEMANDED** |
| DEFENDANTS. | § § | |

**STIUPLATED ORDER OF DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT SPRINT CORPORATION**

Before the Court is the Stipulation of Dismissal Without Prejudice as to Defendant Sprint Corporation submitted by Plaintiff Cellular Communications Equipment LLC.

Pursuant to stipulation of the parties, it is hereby ordered that Defendant Sprint Corporation is dismissed from this action without prejudice.

**SIGNED this 2nd day of June, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE